**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Aurelio Olmedo MONTES,
Defendant-Appellant**

**United States of America,
Plaintiff-Appellee**

v.

**Aurelio Olmedo-Montes, also known as
Lelo Montes, also known as Juan
Monteroz-Montez, also known as Ad-
rian Montez, also known as Adrian
Montes, also known as Adrian**

---

Montes-McCrary, also known as Aurelio Olemedo Montes, also known as Lelo Montez, also known as Lelo Olmedo-Montes, Defendant-Appellant

No. 17-50268
Cons. w/ No. 17-50269
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed October 24, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Aurelio Olmedo Montes, Pro Se

Before KING, OWEN, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Aurelio Olmedo Montes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Olmedo Montes has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

PEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

